UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 25-1283

_____

ESTATE OF FRANCES D. DEROSA, by and through her Administrator Prosequendum, Lisa DeRosa-Palisi; THE ESTATE OF MARGARET MACKENZIE, by and through her Administrator Prosequendum, Cindy Gilsenan; THE ESTATE OF RUSSELL MURRAY, by and through his Administrator Prosequendum, Tracey Tagliente, individually and on behalf of others similarly situated,

Appellants,

v.

GOVERNOR PHILIP D. MURPHY, the Governor of the State of New Jersey, in his individual capacity; COMMISSIONER JUDITH M. PERSICHILLI, Commissioner of the New Jersey Department of Health, in her individual capacity; JOHN DOES A-Z

_____

Appeal from the United States District Court
for the District of New Jersey
(District Court No. 1:22-cv-02301)
District Judge: Honorable Edward S. Kiel

_____

Submitted under Third Circuit L.A.R. 34.1(a)
January 16, 2026

Before: SHWARTZ, CHUNG, and AMBRO, Circuit Judges

_____

JUDGMENT

_____

This cause came to be heard on the record from the United States District Court for the District of New Jersey and was submitted under Third Circuit L.A.R. 34.1(a) on January 16, 2026.

On consideration whereof, **IT IS ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered January 21, 2025, is hereby **AFFIRMED**.

Costs are not assessed.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Patricia S. Dodzuweit
Clerk

Dated: January 23, 2026

Certified as a true copy and issued in lieu
of a formal mandate on _February 17, 2026_

Teste: _Patricia A Dodzuweit_
**Clerk, U.S. Court of Appeals for the Third Circuit**